IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02744-WDM-BNB

CENTER FOR NATIVE ECOSYSTEMS,
SOUTHERN UTAH WILDERNESS ALLIANCE,
UTAH NATIVE PLANT SOCIETY, and
COLORADO NATIVE PLANT SOCIETY,

Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, and
KEN SALAZAR, in his official capacity as Secretary of the United States Department of the Interior,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Unopposed Motion for Leave to Appear by Telephone** [docket no. 12, filed February 19, 2009] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and defendants' counsel may appear for the Scheduling Conference telephonically by calling Chambers on **March 6, 2009, at 9:00 a.m.** at **303/844-6408.**


DATED: February 19, 2009