IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02744-WDM-BNB

CENTER FOR NATIVE ECOSYSTEMS,
SOUTHERN UTAH WILDERNESS ALLIANCE,
UTAH NATIVE PLANT SOCIETY, and
COLORADO NATIVE PLANT SOCIETY,

Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, and
KEN SALAZAR, in his official capacity as Secretary of the United States Department of the Interior,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 21, filed August 4, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Defendants shall supplement the administrative record no later than **August 21, 2009.** If necessary, any motions concerning the contents of the administrative record shall be due no later than **September 4, 2009**. The parties agree to meet and confer prior to filing any such motions.
Plaintiffs' opening brief in support of their motion for summary judgment shall be due no later than **September 4, 2009**.
Defendants' brief in opposition to plaintiffs' opening brief shall be due no later than **October 9, 2009**.

DATED:  August 4, 2009