IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Ginny Kramer  Date: March 23, 2010
Court Reporter: Kara Spitler

**Civil Action No. 08-cv-02744-WDM-BNB**

| Parties: | Counsel: |
|---|---|
| CENTER FOR NATIVE ECOSYSTSTEMS, SOUTHERN UTAH WILDERNESS ALLIANCE, UTAH NATIVE PLANT SOCIETY, and COLORADO NATIVE PLANT SOCIETY, | Margaret A. Parish Robin L. Cooley |
| Plaintiffs, | |
| vs. | |
| U. S. FISH AND WILDLIFE SERVICE, and DIRK KEMPTHORNE, *in his official capacity as Secretary of the Interior,* | Hao-Chin H. Yang Amanda Koehler |
| Defendants. | |

## COURTROOM MINUTES

**Hearing Regarding: Oral Argument**

**2:03 p.m.  Court in session.**

Appearances of counsel.

Argument by Mr. Yang, for the defendant, as to the Defendant's Motion to Strike Administrative Record - Plaintiffs Opening Brief.

Argument by Ms. Parish, for the plaintiff.

Statements to the Court by Mr. Yang, as to judicial notice.

2:18 p.m.   Argument by Ms. Parish, as to the Complaint for Declaratory and Injunctive Relief [#1], filed December 16, 2008.

2:47 p.m.   Argument by Mr. Yang, as to the Complaint for Declaratory and Injunctive Relief [#1], filed December 16, 2008.

3:15 p.m.   Rebuttal argument by Ms. Parish, for the plaintiff.

3:24 p.m.   Rebuttal argument by Mr. Yang, for the defendant.

**It was ORDERED:**

1. That the Defendant's Motion to Strike Administrative Record - Plaintiffs Opening Brief**,** [#33] filed October 9, 2009, is **TAKEN UNDER ADVISEMENT.**

2. That the Complaint for Declaratory and Injunctive Relief [#1] filed December 16, 2008, is **TAKEN UNDER ADVISEMENT.**

**3:25 p.m.   Court in recess.**

Total in-court time:  1 hour and 22 minutes
Hearing concluded.