IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy: Bernique Abiakam          May 19, 2010
Court Reporter: Kara Spitler

---

Civil Action No. 08-cv-02744-WDM-BNB

Parties:                                         Counsel:

CENTER FOR NATIVE ECOSYSTEMS, et                 Margaret Parish
al.,                                             Robin Cooley

     Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE, et al.,          Amanda Koehler
                                                 Hubert Yang
     Defendants.

---

COURTROOM MINUTES

---

Motions Hearing

**9:03 a.m.          Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary statement.

**ORDERED:     Defendants' Motion To Strike Extra-Record Declarations And Documents
(Filed 10/9/09; Doc. No. 33) is GRANTED in PART and DENIED in PART
without prejudice.**

**ORDERED:     Counsel shall submit proposed orders on or before July 5, 2010.  The
proposed orders, not to exceed 25 pages, shall include both with and
without the taking of judicial notice concerning the cactus rulings in the
same geographic area.**

**9:11 a.m.          Court in recess.**
Hearing concluded.
Time:  00:08