IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02744-WDM

CENTER FOR NATIVE ECOSYSTEMS, et al.,

    Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to correct minute order is granted; the correct deadline is July 5, 2010.

Dated: May 21, 2010

                                          s/ Jane Trexler, Judicial Assistant