**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02744-CMA-BNB

CENTER FOR NATIVE ECOSYSTEMS,
SOUTHERN UTAH WILDERNESS ALLIANCE,
UTAH NATIVE PLANT SOCIETY, and
COLORADO NATIVE PLANT SOCIETY,

    Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, and
KEN SALAZAR, in his official capacity as Secretary of the
   United States Department of the Interior,

    Defendants.

---

**ORDER REGARDING JOINT STIPULATION TO SETTLE
PLAINTIFFS' CLAIMS FOR ATTORNEYS' FEES AND COSTS**

---

Pursuant to the parties' Joint Stipulation to Settle Plaintiffs' Claims for Attorneys' Fees and Costs (Doc. # 75), the parties' Joint Stipulation is hereby APPROVED.

DATED: March   15  , 2012

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge